# Case Docket Entries

CC-20-2024-C-969

| | | | |
|---|---|---|---|
| Court: **Circuit** | County: **20 - Kanawha** | Created Date: **9/10/2024** | Security Level: **Public** |
| Judge: **Stephanie Abraham** | Case Type: **Civil** | Case Sub-Type: **Tort** | Status: **Open** |

Related Cases:

Style: **Bailey Padgett v. Chad E. Roberson d/b/a Chad Roberson Trucking**

| # | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 1 | 9/10/2024 3:02:15 PM | E-Filed | | Complaint |
| | 1-1  9/10/2024 | Civil Case Information Statement | | |
| | 1-2  9/10/2024 | Complaint - Padgett v. Roberson et al. | | |
| | 1-3  9/10/2024 | Transmittal - Sent by Secretary of State 09/10/24 | | |
| | 1-4  9/10/2024 | Summons | | |
| 2 | 9/10/2024 3:02:15 PM | Judge Assigned | J-20020 | Stephanie Abraham |
| 3 | 9/10/2024 3:02:15 PM | Party Added | P-001 | Bailey Padgett |
| 4 | 9/10/2024 3:02:15 PM | Party Added | D-001 | Chad E. Roberson d/b/a Chad Roberson Trucking |
| 5 | 9/10/2024 3:02:15 PM | Party Added | D-002 | Chad E. Roberson |
| 6 | 9/10/2024 3:02:15 PM | Attorney Listed | P-001 | A-11454 - Benjamin Dean Adams |
| 7 | 9/10/2024 3:02:15 PM | Service Requested | D-001 | Secretary of State - Certified - Including Copy Fee |
| 8 | 9/10/2024 3:02:15 PM | Service Requested | D-002 | Secretary of State - Certified - Including Copy Fee |
| 9 | 9/19/2024 10:16:08 AM | E-Docketed | | Supporting Documents - Letter from Secretary of State as to service upon Chad E. Roberson dated 9/13/24 |
| | 9-1  9/19/2024 | Supporting Document - Letter from Secretary of State as to service upon Chad E. Roberson dated 9/13/24 | | |
| | 9-2  9/19/2024 | Transmittal | | |
| 10 | 9/19/2024 10:57:14 AM | E-Docketed | | Supporting Documents - Letter from Secretary of State as to service upon Chad E. Roberson DBA Roberson Trucking |
| | 10-1  9/19/2024 | Supporting Document - Letter from Secretary of State as to service upon Chad E. Roberson DBA Roberson Trucking | | |
| | 10-2  9/19/2024 | Transmittal | | |

**EXHIBIT "A"**